|||
|---|---|
| COLOURED PENTECOSTAL ASSEMBLIES OF WORLD REPUBLICANS; CHALEDEEANNKA DEBORAH ANN WILLIAMS GOYENS-BELL EBERWEIN, et al., <br><br>    Plaintiffs,<br><br>  v.<br><br>HILLARY CLINTON a/o Vince Girdhari Chhabad, et al.,<br><br>    Defendants. | No. C 16-6530 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO STATE A CLAIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

On November 29, 2016, the Court entered an order directing Plaintiffs to show cause why this employment discrimination case should not be dismissed for failure to state a claim.[1]  Any response to that order was due by December 20, 2016.  On December 6, 2016, the Court received various documents from cases in several different courts, most involving parties not named in the instant case, with the case number for this case handwritten at the top.  Docket No. 4.  To the extent Plaintiffs intend for those documents to serve as a response to the order to show cause, they fail to identify any legal basis for their claims or to allege "sufficent factual matter, accepted as true, to state a claim to relief that is plausible on its face."  Ashcroft v. Iqbal, 556

---

[1] In addition, the Court noted that Plaintiffs the Coloured Pentecostal Assemblies of World Republicans and the Estate of Jack and Jeanett Oltouchs Heirs are not individuals who are able to proceed pro se.  See 28 U.S.C. § 1654.  To date, no attorney has entered an appearance on behalf of these entities.

U.S. 662, 678 (2009). Accordingly, the complaint is dismissed for failure to state a claim. The dismissal is without leave to amend. The Clerk of Court shall enter judgment.

IT IS SO ORDERED.

Dated: 12/30/16

CLAUDIA WILKEN
United States District Judge